UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES F. NOEL,                          )
                                        )
                    Petitioner,         )
                                        )
          v.                            )        No. 1:18-cv-00343-TWP-DLP
                                        )
WENDY KNIGHT,                           )
                                        )
                    Respondent.         )


**ENTRY DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner James Noel's motion requesting appointment of counsel to represent him in his habeas corpus proceeding, dkt. [12], is **denied for now**. The respondent has not yet answered the petition, so the Court does not yet know to what extent or on what basis Mr. Noel's claims for relief are being contested and cannot assess whether discovery or an evidentiary hearing will be required. Moreover, Mr. Noel is literate and seems fully aware of the proceedings involving his conviction and sentence. These are not circumstances in which it is in the interest of justice to appoint counsel for the petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28.").

**IT IS SO ORDERED.**


Date: 4/23/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES F. NOEL
230645
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov